**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
Telephone: (714) 384-6600
Facsimile: (714) 384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and FIDELITY AND GUARANTY UNDERWRITERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., a Wisconsin corporation<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEYWIDE BUILDERS, INC., a California corporation; CJM DEVELOPMENT, a California general partnership; NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:12-cv-01206-AWI-BAM<br><br>[Assigned to Judge Anthony W. Ishii]<br><br>**ORDER TO DISMISS DEFENDANT NORTH AMERICAN CAPACITY INSURANCE COMPANY IN FAVOR OF NORTH AMERICAN SPECIALTY INSURANCE COMPANY** |

Pursuant to stipulation of Plaintiffs Travelers Property Casualty Company of American and Fidelity and Guaranty Underwriters, Inc. (together "Travelers"),

1  Defendant North American Capacity Insurance Company ("NAC"), and North
2  American Specialty Insurance Company, a New Hampshire Corporation ("NAS"),
3  and good cause existing therefore,
4       IT IS HEREBY ORDERED that Defendant NAC only be and hereby is
5  dismissed from the above-captioned action pursuant to FRCP 41(a)(1), and that all
6  allegations against NAC in the Complaint are deemed to be alleged against NAS
7  instead.

IT IS SO ORDERED.

Dated:  October 1, 2012                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE