**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
Telephone: (714) 384-6600
Facsimile: (714) 384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and FIDELITY AND GUARANTY UNDERWRITERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., a Wisconsin corporation<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEYWIDE BUILDERS, INC., a California corporation; CJM DEVELOPMENT, a California general partnership; NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:12-cv-01206-AWI-BAM<br><br>[Assigned to Judge Anthony W. Ishii]<br><br>**ORDER TO DISMISS DEFENDANT NORTH AMERICAN CAPACITY INSURANCE COMPANY IN FAVOR OF NORTH AMERICAN SPECIALTY INSURANCE COMPANY** |

      Pursuant to stipulation of Plaintiffs Travelers Property Casualty Company of American and Fidelity and Guaranty Underwriters, Inc. (together "Travelers"),

Defendant North American Capacity Insurance Company ("NAC"), and North American Specialty Insurance Company, a New Hampshire Corporation ("NAS"), and good cause existing therefore,

    IT IS HEREBY ORDERED that Defendant NAC only be and hereby is dismissed from the above-captioned action pursuant to FRCP 41(a)(1), and that all allegations against NAC in the Complaint are deemed to be alleged against NAS instead.

IT IS SO ORDERED.

Dated:  October 1, 2012                             _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS NORTH AMERICAN CAPACITY IN FAVOR OF NORTH AMERICAN SPECIALTY