**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Scott La Salle (SBN 188287)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
slasalle@aguileragroup.com

Attorneys for Plaintiffs and Counter-defendants TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and FIDELITY AND GUARANTY UNDERWRITERS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., a Wisconsin corporation<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEYWIDE BUILDERS, INC., a California corporation; CJM DEVELOPMENT, a California general partnership; NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:12-cv-01206-AWI-BAM<br><br>[Assigned to Hon. Anthony W. Ishii and Magistrate Barbara A. McAuliffe]<br><br>**ORDER TO DISMISS ENTIRE ACTION** |

Pursuant to the stipulation of all parties, including Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and FIDELITY AND GUARANTY UNDERWRITERS, INC., and Defendants VALLEYWIDE BUILDERS, INC., CJM DEVELOPMENT and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, and good cause existing therefore,

**IT IS HEREBY ORDERED** that the entire action, including Plaintiffs' Complaint and Defendant North American Specialty Insurance Company's Counter-Claim, be and hereby is dismissed with prejudice, with each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: February 26, 2013                         _____
                                                  SENIOR DISTRICT JUDGE